PEOPLE v. McLAUGHLIN

CRIMINAL LAW—LINEUP—ASSISTANCE OF COUNSEL—APPEAL AND
ERROR—PRESERVING QUESTION.
Objection to not having counsel present at a lineup is too late
where no objection was raised at trial and is made for the first
time on appeal.

Appeal from Wayne, Thomas J. Foley, J. Submitted Division 1 May 12, 1970, at Detroit. (Docket No. 8,114.) Decided July 1, 1970.

Edward McLaughlin was convicted of unarmed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Richard B. Whitney,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and O'HARA,* JJ.

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23, as amended in 1968.

REFERENCE FOR POINTS IN HEADNOTE
5 Am Jur 2d, Appeal and Error § 545.

PER CURIAM. Defendant was tried in the Wayne County Circuit Court by Judge Thomas J. Foley sitting without a jury. Defendant was convicted of robbery unarmed,** and subsequently sentenced to a term of 10 to 15 years imprisonment. A timely claim of appeal filed on behalf of defendant by his court appointed appellate counsel raises a single question for review. It is contended that defendant's constitutional right to counsel was violated when identification testimony grounded on a previous lineup was introduced without showing that defendant had been advised of his right to counsel at that lineup. The people have filed a motion to affirm the conviction pursuant to GCR 1963, 817.5(3).

The record fails to disclose any objection to the identification procedure relative to defendant's right to counsel. Where the objection to defendant's not having counsel present at the lineup is made for the first time on appeal, it is made too late. *People* v. *Montgomery* (1970), 22 Mich App 87; *People* v. *McClendon* (1970), 21 Mich App 142.

The motion to affirm is granted.

---

** MCLA § 750.530 (Stat Ann 1954 Rev § 28.798).